Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BOGGUS, | )  Case No. 2:10-cv-03437-KJM -GGH |
| | ) |
| Plaintiff, | )  **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| MIDLAND CREDIT MANAGEMENT, | ) |
| INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | )  _____ |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 20th day of April, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 20th day of April, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Kimberly J. Mueller
United States District Court
Eastern District of California

Tomio B. Narita
Simmonds & Narita LLP
44 Montgomery Street
Suite 3010
San Francisco, CA 94104
Attorney for Defendant

This 19th day of January, 2011.

s/Todd M. Friedman
Todd M. Friedman