Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES BOGGUS,** | ) Case No. 2:10-cv-03437-KJM -GGH |
| Plaintiff, | ) |
| | ) **JOINT REQUEST TO DISMISS** |
| vs. | ) **WITH PREJUDICE** |
| | ) |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | ) |
| Defendant. | ) |

NOW COME THE PARTIES by and through their attorneys to stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. A proposed order has been concurrently submitted to this Court via email. Each party shall bear their own costs and attorney's fees.

Respectfully submitted this 6th day of June, 2011

By: s/Todd M. Friedman
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

By: s/Tomio B. Narita
    Simmonds and Narita
    Attorney for Defendant

1  Filed electronically on this 6th day of June, 2011, with:
2
3  United States District Court CM/ECF system
4  Notification sent electronically via the Court's ECF system to:
5
6  Honorable Kimberly J. Mueller
   United States District Court
7  Eastern District of California
8
   Tomio Narita
9  SIMMONDS & NARITA
10 44 Montgomery St.
   Suite 3010
11 San Francisco CA 94104-4816
12
13 This 6th day of June, 2011.
14 s/Todd M. Friedman
15 Todd M. Friedman