# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES BOGGUS,** | Case No. 2:10-cv-03437-KJM -GGH |
| Plaintiff, | **ORDER** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

DATED: June 8, 2011.

_____
UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1